STILES *v.* UNITED STATES.

No. 74.   Argued November 20, 1968.—Decided December 9, 1968.

*Charles J. Rogers, Jr.,* by appointment of the Court, *post,* p. 813, argued the cause and filed a brief for petitioner.

*Solicitor General Griswold* argued the cause for the United States.   With him on the brief were *Assistant Attorney General Vinson, Jerome M. Feit,* and *Lawrence P. Cohen.*

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.